# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

2014 APR 22 P 3: 54

| | |
|---|---|
| **LINDSEY SHEPARD, ET AL.** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:14-CV-10301-RGS** |
| **DOUGLAS K. HOWARD, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City Line Auto Sales
502 Fitchburg Road
Greenville New Hampshire

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paul Jones
Lindsey Shepard   572 Park Street
15 Beechwood Rd   Stoughton, MA 02072
Braintree, Ma 02184

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ — **Chris Danieli**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2014-02-10 16:44:50.0, Acting Clerk USDC DMA

Civil Action No.: **1:14-CV-10301-RGS**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) City line Auto Sales
was received by me on (date) 04/08/14.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify): I served the Defendant CityLine Auto Sales by USPS Certified Return Receipt on or About 04/12/14 and it was Received by Paul Goupil on 04/17/14 he signed for it (see Attach Green card)

My fees are $ 10.00 for travel and $ 5.00 for services, for a total of $ 15.00 .

I declare under penalty of perjury that this information is true.

04/19/14
Date

Alexis Karle
Server's Signature

Alexis Karle
Printed name and title

74 Thompson St, Springfield, MA 01104
Server's Address

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signed] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Paul Goupi<br>C. Date of Delivery 4/17/14<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |

1. Article Addressed to:

City Line Auto Sales
562 Fitchburg Road
Greenville, NH 03048

3. Service Type
☐ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7011 0110 0001 3637 5226

PS Form 3811, July 2013   Domestic Return Receipt

UNITED STATES POSTAL SERVICE
MANCHESTER
NH 030
17 APR '14
PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Alexis Karle
79 Thompson St
Springfield, MA 01109

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

MARIETTA GA 30062  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $3.08 | 0109 |
| Certified Fee | $3.30 | 34 Postmark APR 15 2014 |
| Return Receipt Fee (Endorsement Required) | $2.70 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $9.08 | 04/13/2014 |

Sent To: Fredrick J. Hanna Ass. PC
Street, Apt. No.; or PO Box No.: 1427 Roswell Road
City, State, ZIP+4: Marietta, GA 30062

7011 0110 0001 3637 5219

PS Form 3800, August 2006   See Reverse for Instructions