| | |
|---|---|
| LINDSEY SHEPARD, PAUL JONES,<br><br>  Plaintiffs,<br><br>v.<br><br>DOUGLAS K. HOWARTH, ANTHONY SCANZANI, CITY LINE AUTO SALES, FREDERICK J. HANNA,<br><br>  Defendants. | CIVIL ACTION NO. 1:14-cv-10301-RGS |

## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Mass. R. Civ. P. 12(b)(6), Defendant, Frederick J. Hanna & Associates, P.C.[1] ("FJH"), hereby moves to dismiss Plaintiffs' Amended Complaint in its entirety. In support of its Motion, FJH submits the accompanying memorandum of law.

FREDERICK J. HANNA
By Its Attorneys

*/s/ Andrew M. Schneiderman*
Ranen S. Schechner, BBO #655641
Andrew M. Schneiderman, BBO #666252
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109
617-213-7000
617-213-7001 (facsimile)

Dated: May 12, 2014

---

[1] Improperly identified here as Frederick J. Hanna.

## LR, D. MASS 7.1(A)(2) CERTIFICATE

The undersigned communicated with the Plaintiff in a good faith effort to resolve the issues presented, but was unable to reach an agreement regarding the issues raised herein.

## CERTIFICATE OF SERVICE

I, Andrew M. Schneiderman, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). A true and accurate copy of the foregoing document to counsel of record by first class mail, postage prepaid and electronic mail as follows:

Paul Jones
Lindsey Shepard
572 Park Street
Stoughton, MA 02072

*/s/ Andrew M. Schneiderman*
Andrew M. Schneiderman

34418844v1 0951092