UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

___Lindsey Shepard et al___

Plaintiff

V.

___Howarth et al_____

Defendant

CIVIL ACTION

NO. __14cv10301__ RGS

## NOTICE OF DEFAULT

Upon application of the Plaintiffs,___Lindsey Shepard and Paul M. Jones___ _____ for an order of Default for failure of the Defendant, __City Line Auto Sales_____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 14th day of May, 2014.

ROBERT M. FARRELL
CLERK OF COURT

By:   /s/ Elaine Flaherty

Deputy Clerk

Notice mailed to: