# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**LINDSEY SHEPARD, ET AL.**
*Plaintiff*

v.

Civil Action No.:
1:14-CV-10301-RGS

**DOUGLAS K. HOWARTH, ET AL.**
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anthony Scanzani
562 Fitchburg Road
Greenville, NH 03048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are: Paul Jones, 572 Park St, Stoughton MA 02072
OR   Lindsey Shepard 15 Beechwood RD, Braintree, MA 02184

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – **Elaine Flaherty**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2014-05-08 13:06:13.0, Clerk USDC DMA

Civil Action No.: **1:14-CV-10301-RGS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) ANthoNY ScaNzaNi

was received by me on (date) Feb 11, 2014.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): I hired the Hillsborough County Sheriffs Office Because Both Defendants would Not except service By mail or From 4 INDividuals that I hired to Deliver the Summons & complaint to Defendants. See afidavid From Sheriff Attached

My fees are $30.00 for travel and $94.00 for services, for a total of $124.00.

I declare under penalty of perjury that this information is true.

May 19, 2014
*Date*

Alexis Kaple  *Alexis Kaple*
*Server's Signature*

79 Thompson Street
*Printed name and title*

Springfield, MA 01109
*Server's Address*

Additional information regarding attempted service, etc:

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
329 MAST ROAD
GOFFSTOWN, NH 03045

SHERIFF WRIT 14-5393-CP

DOCKET NUMBER 1:14-CV-10301-RGS

PAUL JONES & LINDSAY SHEPARD V. HOWARTH, D & SCANZANI, A

AFFIDAVIT OF SERVICE

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS                                               05/12/2014

  I, DEPUTY SHERIFF JOHN MAILLE, BEING FIRST DULY SWORN, DEPOSE AND SAY
THAT I AM A DULY APPOINTED AND QUALIFIED DEPUTY SHERIFF IN AND FOR SAID
COUNTY OF HILLSBOROUGH, AND THAT I AM AUTHORIZED TO SERVE CIVIL PROCESS BY
THE LAW OF THE STATE OF NEW HAMPSHIRE THAT ON 05/12/2014, I MADE SERVICE OF
THE SUMMONS AND COMPLAINT WITH EXHIBITS UPON THE WITHIN NAMED DEFENDANT
ANTHONY SCANZANI BY GIVING IN HAND TO DOUGLAS HOWARTH, PERSON IN CHARGE
BEING AT 562 FITCHBURG RD., GREENVILLE, NH, IN SAID COUNTY, A COPY OF SAID
DOCUMENTS AT 01:11pm.

_____
DEPUTY SHERIFF JOHN MAILLE

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS

  SUBSCRIBED AND SWORN TO, BEFORE ME, ON 05/13/2014.

_____
NOTARY PUBLIC NORMA J TRAFFIE, Notary Public
My Commission Expires 5-26-15



# Hillsborough County Sheriff's Office
329 Mast Road Suite 109
Goffstown, NH 03045
Phone:

### Invoice For Service: SUMMONS AND COMPLAINT

PAUL JONES
572 PARK ST
STOUGHTON, MA 02072

Amount Due: 0.00
Invoice Number: 14-5393-CP
Invoice Date: 05/13/2014

617-939-5417

MAKE CHECK PAYABLE TO HCSO - SEND TO 329 MAST ROAD GOFFSTOWN, NH 03045
PAUL JONES & LINDSAY SHEPARD vs HOWARTH, D & SCANZANI, A
Docket Number: 1:14-CV-10301-RGS

| PERSON(S) SERVED & METHOD | DATE | TIME | SERVED BY |
|---|---|---|---|
| HOWARTH, DOUGLAS GIVING IN HAND TO | 05/12/2014 | 01:10pm | DEPUTY SHERIFF MAILLE |
| SCANZANI, ANTHONY GIVING IN HAND TO | 05/12/2014 | 01:11pm | DEPUTY SHERIFF MAILLE |

| SERVICE FEES | QTY | PRICE | TOTAL |
|---|---|---|---|
| Non Est Fee | 0 | 10.00 | 0.00 |
| Service Fee | 2 | 25.00 | 50.00 |
| **MISC FEES** | **QTY** | **PRICE** | **TOTAL** |
| POSTAGE & HANDLING | 1 | 1.00 | 1.00 |
| NOTARY PUBLIC | 2 | 5.00 | 10.00 |
| Mileage | | | 33.00 |
| Total Cost | | | 94.00 |
| Less Pre Payment: 94.00 Chk# 14-873439177 | | | 94.00 |
| Grand Total For Invoice #: 14-5393-CP  Invoiced: 05/13/2014 | | | 0.00 |

$20.00 FEE FOR RETURNED CHECKS  - PAYMENT QUESTIONS, PLEASE CALL 603-627-0163