# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LINDSEY SHEPARD, ET AL.** | |
| *Plaintiff* | Civil Action No.: |
| v. | 1:14-CV-10301-RGS |
| **DOUGLAS K. HOWARTH, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Douglas K. Howarth
562 Fitchburg Road
Greenville, NH

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are: Paul Jones 572 Park St, Stoughton MA
OR
Lindsey Shepard 15 Beechwood RD, Braintree, MA 02184

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ — **Elaine Flaherty**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2014-05-08 13:06:13.0**, Clerk USDC DMA

Civil Action No.: **1:14-CV-10301-RGS**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Douglas K. Howarth__

was received by me on (date) __Feb 11, 2014__.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): __I hired the Hillsborough County Sheriffs office to Serve Defendant Douglas K. Howarth at 562 Fitchburg RD, Greenville, NH the Sheriff Hand Delivered it to the Defendant on May 2, 2014 Please See Sheriff Affidavit of Service Attached__

My fees are $__30.00__ for travel and $__94.00__ for services, for a total of $__124.00__.

I declare under penalty of perjury that this information is true.

__May 7, 2014__
Date

__Alexis Kayle__
Server's Signature

__Alexis Kayle__
Printed name and title

__79 Thompson St__
__Springfield, MA 01109__
Server's Address

Additional information regarding attempted service, etc:

```
                    HILLSBOROUGH COUNTY SHERIFF'S OFFICE
                              329 MAST ROAD
                           GOFFSTOWN, NH 03045
```

SHERIFF WRIT 14-5393-CP

DOCKET NUMBER 1:14-CV-10301-RGS

PAUL JONES & LINDSAY SHEPARD V. HOWARTH, D & SCANZANI, A

                           AFFIDAVIT OF SERVICE


STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS                                          05/12/2014


    I, DEPUTY SHERIFF JOHN MAILLE, BEING FIRST DULY SWORN, DEPOSE AND SAY
THAT I AM A DULY APPOINTED AND QUALIFIED DEPUTY SHERIFF IN AND FOR SAID
COUNTY OF HILLSBOROUGH, AND THAT I AM AUTHORIZED TO SERVE CIVIL PROCESS BY
THE LAW OF THE STATE OF NEW HAMPSHIRE THAT ON 05/12/2014, I MADE SERVICE OF
THE SUMMONS AND COMPLAINT WITH EXHIBITS UPON THE WITHIN NAMED DEFENDANT BY
GIVING IN HAND TO DOUGLAS K HOWARTH BEING AT 562 FITCHBURG RD., GREENVILLE,
NH, IN SAID COUNTY, A COPY OF SAID DOCUMENTS AT 01:10pm.



                                  _____
                                  DEPUTY SHERIFF JOHN MAILLE



STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS


    SUBSCRIBED AND SWORN TO, BEFORE ME, ON 05/13/2014.


                                  _____
                                  NOTARY PUBLIC    NORMA J. TRAFFiE, Notary Public
                                                   My Commission Expires 5·26·15



# Hillsborough County Sheriff's Office
329 Mast Road Suite 109
Goffstown, NH 03045
Phone:

### Invoice For Service: SUMMONS AND COMPLAINT

PAUL JONES
572 PARK ST
STOUGHTON, MA 02072

Amount Due: 0.00
Invoice Number: 14-5393-CP
Invoice Date: 05/13/2014

617-939-5417

MAKE CHECK PAYABLE TO HCSO - SEND TO 329 MAST ROAD GOFFSTOWN, NH 03045
PAUL JONES & LINDSAY SHEPARD vs HOWARTH, D & SCANZANI, A
Docket Number: 1:14-CV-10301-RGS

| PERSON(S) SERVED & METHOD | DATE | TIME | SERVED BY |
|---|---|---|---|
| HOWARTH, DOUGLAS GIVING IN HAND TO | 05/12/2014 | 01:10pm | DEPUTY SHERIFF MAILLE |
| SCANZANI, ANTHONY GIVING IN HAND TO | 05/12/2014 | 01:11pm | DEPUTY SHERIFF MAILLE |

| SERVICE FEES | QTY | PRICE | TOTAL |
|---|---|---|---|
| Non Est Fee | 0 | 10.00 | 0.00 |
| Service Fee | 2 | 25.00 | 50.00 |
| **MISC FEES** | **QTY** | **PRICE** | **TOTAL** |
| POSTAGE & HANDLING | 1 | 1.00 | 1.00 |
| NOTARY PUBLIC | 2 | 5.00 | 10.00 |
| Mileage | | | 33.00 |
| Total Cost | | | 94.00 |
| Less Pre Payment: 94.00 Chk# 14-873439177 | | | 94.00 |
| Grand Total For Invoice #: 14-5393-CP Invoiced: 05/13/2014 | | | 0.00 |

$20.00 FEE FOR RETURNED CHECKS - PAYMENT QUESTIONS, PLEASE CALL 603-627-0163