UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL M JONES

LINDSEY SHEPARD

Plaintiff                                                             Civil Action No. 1:14-cv-10301-RGS

V.

CITY LINE AUTO SALES

Defendant

### MOTION FOR DEFAULT ENLARGMENT OF TIME TO ANSWER DEFENDANTS FREDRICK J. HANNA MOTION TO DISMISS

Now comes the plaintiffs Paul Jones & Lindsey Shepard to ask the court for a 14 day extension of time to answer defendant's motion to dismiss.

The plaintiffs have conferred with attorney Andrew Schneiderman and he has agreed to the 14 day extension.

May 28, 2014

Respectfully Submitted

Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

888-655-3004

Lindsey Shepard

Lindseyshepard2@gmail.com

15 Beechwood Rd.

Braintree, Ma 02184

617-756-9638


**Ranen S. Schechner**

**A Andrew M. Schneiderman**
Hi Ginshaw & Culbertson LLP
28 State Street
24 24th Floor
B Boston, MA 02109
61 617-213-7000
Fa Fax 617-213-7001
E aschneiderman@hinshawlaw.com

## CERITIFICATE OF SERVICE

I Paul Jones & Lindsey Shepard certify that a copy of the discovery has been mailed to all parties attorneys of record on this 28th day of May 2014 by first class mail through the USPS.

Dated this 28th day of May, 2014

Respectfully submitted,
Paul Jones Prose

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com


**Andrew M. Schneiderman**
Hinshaw & Culbertson LLP
28 State Street
24th Floor

Boston, MA 02109
617-213-7000
Fax: 617-213-7001
Email: aschneiderman@hinshawlaw.com

**Ranen S. Schechner**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7034
Fax: 617-213-7001
Email: rschechner@hinshawlaw.com