**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SHEPARD,

    Plaintiff,

v.

HOWARTH et al
    Defendants.

Civil Action No. **1:14-cv-10301-RGS**

NOTICE OF PENDING COMPLAINT FILED BY CFPB

AGAINST FREDRICK J. HANNA P.C

Now comes the plaintiffs to put the court notice that the CFPB has filed a complaint against the defendant in this case (**1:14-cv-10301-RGS**) Fredrick J. Hanna P.C for Use of Affidavits in Violation of the FDCPA and other violations of Federal laws while collecting debt.

Respectfully Submitted

Lindsey Shepard
15 Beechwood Road
Braintree Ma 02184
Lindsey2shepard@gmail.com
617-756-9638

Paul Jones
572 Park Street
Stoughton, Ma 02072
Pj22765@gmail.com
888-655-3004

**Andrew M. Schneiderman**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
Fax: 617-213-7001
Email: aschneiderman@hinshawlaw.com