# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDSEY SHEPARD, PAUL JONES,<br><br>    Plaintiffs,<br><br>v.<br><br>DOUGLAS K. HOWARTH, ANTHONY SCANZANI, CITY LINE AUTO SALES, FREDERICK J. HANNA,<br><br>    Defendants. | CIVIL ACTION NO. 1:14-cv-10301-RGS |

## NOTICE OF APPEARANCE

Pursuant to LR, D. Mass 83.5.2(a), please enter the appearance of Ranen S. Schechner, Esq. as counsel for the defendant, Frederick J. Hanna, in the above-entitled action.

FREDERICK J. HANNA
By Its Attorneys

*/s/ Ranen S. Schechner*
Ranen S. Schechner, BBO #655641
Andrew M. Schneiderman, BBO #666252
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109
617-213-7000
617-213-7001  (facsimile)

Dated:    July 28, 2014

34438718v1 0958689

2

## CERTIFICATE OF SERVICE

   I, Ranen S. Schechner, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  A true and accurate copy of the foregoing document to counsel of record by first class mail, postage prepaid and electronic mail as follows:

 Paul Jones
 Lindsey Shepard
 572 Park Street
 Stoughton, MA 02072

                */s/ Ranen S. Schechner*
                Ranen S. Schechner

34438718v1 0958689